IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| JOHNNY R. JOHNS and his spouse DEBBIE JOHNS, TONY M. JONES and his spouse STORMY D. JONES, and DAVID M. WEAVER and his spouse PAMELA WEAVER, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 2:07-cv-2284-JPM-dkv |
| STARCON INTERNATIONAL, INC., THE PREMCOR REFINING GROUP, INC., and VALERO TERMINALING AND DISTRIBUTION COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Stipulation of Dismissal (D.E. 34), filed June 28, 2010, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal, all claims by Plaintiffs against Defendants Starcon International, Inc., The Premcor Refining Group, Inc., and Valero Terminaling and Distribution Company are DISMISSED with prejudice.

APPROVED:

s/ JON PHIPPS McCALLA
CHIEF UNITED STATES DISTRICT JUDGE

July 1, 2010
Date